IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01939-RPM

CHARLES KULES,

    Plaintiff

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant
_____

**ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER**
_____

The Court, having reviewed Plaintiff's Unopposed Motion for Modification of Scheduling Order [16], and being fully advised in the premises, finds good cause to GRANT the Motion and the following dates have been modified:

    Discovery Cutoff: May 30, 2014

    Dispositive Motions Due: June 30, 2014

ORDERED this 21st day of March, 2014.

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge