THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01939-RPM

CHARLES KULES,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

_____

ORDER EXCLUDING OPINION TESTIMONY
_____

    There is a dispute in this case concerning the admissibility of opinions from Rita Hyland and David Werber, generated by the plaintiff's Motion to Strike Defendant's Contradictory Expert David Werber [19].  Upon reviewing the report of both of these prospective witnesses and upon the finding and conclusion that their opinions are specific to the facts of this case and are not within the scope of Rule 702, it is

    ORDERED that opinion testimony from these designated "expert" witnesses is precluded.

    Dated:   April 17th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge