THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01939-RPM

CHARLES KULES,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

_____

ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER
_____

Upon review of Defendant's Stipulated Motion to Amend the Scheduling Order [22] filed April 29, 2014, it is,

ORDERED that the Scheduling Order in this action is amended to extend the discovery deadline until July 15, 2014.  Additionally, the deadline for the filing of dispositive motions is extended to July 30, 2014

Dated:   April 30th, 2014

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge