THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01939-RPM

CHARLES KULES,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

Upon review of the defendant's motion for partial summary judgment [Doc. 25], with attachments, the plaintiff's response, filed August 20, 2014 [Doc. 26] and the defendant's reply, filed September 3, 2014 [Doc. 27], it is

ORDERED that the motion is denied.

Dated: September 8th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge