THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01939-RPM

CHARLES KULES,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M V. Wentz
  Secretary

      A trial preparation conference is scheduled **for April 14, 2015, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:    March 31, 2015