# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior District Judge Richard P. Matsch

Date:                 April 14, 2015
Courtroom Deputy:     Robert R. Keech
FTR Technician:       Kathy Terasaki

---

Civil Action No.  **13-cv-01939-RPM**        Counsel:

**CHARLES KULES**,                           Robert D. Wilhite, III
                                             Richard B. Rose
        Plaintiff,                           Sandra L. Hagen

v.

**AMERICAN FAMILY MUTUAL**                   Debra K. Sutton
**INSURANCE**,

        Defendant.

---

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**10:19 a.m.**    **Court in session.**  Jury not present.

          Court calls case.

          Defendant's Motion to Strike Plaintiff's Untimely 11th and 12th Supplemental
          Disclosures [ECF Doc. No. 39], filed April 10, 2015, is raised for argument.

10:19 a.m.    Argument by Plaintiff by Mr. Wilhite.

10:21 a.m.    Argument by Defendant by Ms. Sutton.

10:22 a.m.    Argument by Plaintiff by Mr. Wilhite.

10:23 a.m.    Argument by Defendant by Ms. Sutton.

10:24 a.m.    Argument by Plaintiff by Mr. Wilhite.

10:25 a.m.     Argument by Defendant by Ms. Sutton.

10:26 a.m.     Argument by Plaintiff by Mr. Wilhite.

10:26 a.m.     Argument by Defendant by Ms. Sutton.

10:26 a.m.     Argument by Plaintiff by Mr. Wilhite.

**ORDERED:**   Defendant's Motion to Strike Plaintiff's Untimely 11th and 12th Supplemental Disclosures [ECF Doc. No. 39], filed April 10, 2015, is **GRANTED.**

**ORDERED:**   Plaintiff will be limited to Dr. David Mirich's first evaluation of plaintiff.

10:28 a.m.     Discussion regarding claims, Mr. Kules Oxy Fresh franchise, documentation for figures related to the Oxy Fresh franchise, and that the Sawaya Law Firm represented Plaintiff in the claims process.

10:35 a.m.     Discussion regarding jury instructions and trial exhibits.

10:42 a.m.     Discussion regarding voir dire statement, which the Court distributes to counsel.

10:44 a.m.     Discussion regarding witnesses counsel anticipate calling during trial.

**ORDERED:**   Final witness lists, final exhibit lists, proposed voir dire, and proposed jury instructions shall be filed on or before **Monday, April 20, 2015.**

10:48 a.m.     Discussion as to witnesses called by both sides being completed at one time.

Court indicates that there will be no jury notebooks, no note taking or discussion by jurors before deliberations, and no jury questions will be permitted during trial.

10:52 a.m.     Discussion regarding larger exhibits being placed into separate exhibit notebooks.

**10:52 a.m.   Court in recess.**

**Hearing concluded.  Total time:  33 minutes.**