THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01939-RPM

CHARLES KULES,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

_____

## ORDER GRANTING MOTION FOR CLARIFICATION
_____

      Upon review of Plaintiff's Unopposed Motion for Clarification of the April 14, 2015,

Courtroom Minutes and Orders, it is

      ORDERED that the motion is granted.  Only the February, 2015 report and bill are struck

and Dr. Mirich may testify to all other previously disclosed evaluations, examinations, reports,

records and bills that occurred between October 2010, and December, 2013.

      DATED: April 16, 2015

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge