THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01939-RPM

CHARLES KULES,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

# JUDGMENT

---

    This matter was tried from April 27, 2015, through April 30, 2015, before an empaneled jury of twelve, Senior District Judge Richard P. Matsch presiding. The trial proceeded to conclusion and the jury found that Plaintiff Charles Kules did not prove by a preponderance of the evidence his claims against Defendant American Family Mutual Insurance Company. It is therefore

    ORDERED AND ADJUDGED that judgment is entered in favor of Defendant American Family Mutual Insurance Company and against Plaintiff Charles Kules. Defendant is awarded costs upon the filing of a Bill of Costs with the Clerk of this Court within 14 days of the entry of judgment.

    DATED:  May 1, 2015

                                FOR THE COURT:

                                JEFFREY P. COLWELL, Clerk

                                      s/M.V. Wentz
                                By_____
                                           Deputy